**Order entered July 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00524-CV

**BRIAN CAYCE BERTRAND, Appellant**

**V.**

**JOHN DAVID BERTRAND, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15646**

## ORDER

We **GRANT** appellant's July 18, 2013 second motion for an extension of time to file a brief.  Appellant shall file his brief on or before August 19, 2013.  We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE